UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JAMES SINATRA * | C.A. NO.: | 04-11077 NG |
| Plaintiff * | | |
| * | | |
| v. * | | |
| * | | |
| BOSTON TUGBOAT COMPANY, INC. * | | |
| TUG ETHEL TIBBETTS, * | | |
| CYPRESS POINT SHIPPING, LTD * | | |
| and TANKER MOUNTAIN LADY * | | |
| Defendants * | | |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Now comes the plaintiff, James Sinatra, by his attorneys, and respectfully request that pursuant to Federal Rules of Civil Procedure Rule 6(b), that this court allow an enlargement of time of thirty (30) days for service of summons on defendants for the following reasons:

1. On May 24, 2004 this maritime claim was filed in United States District Court.

2. The Complaint alleges claims against two (2) defendants; (1) Boston Tugboat Company, Inc., owner of TUG ETHEL TIBBETTS; and (2) Cypress Point Shipping, LTD., owner of TANKER MOUNTAIN LADY.

3. During the period that service of the Summons should have been made, extensive discussions were had with counsel for the Boston Tugboat Company, Inc., owner of TUG ETHEL TIBBETTS as to acceptance of service by said counsel for both defendants.

4. Unfortunately, plaintiff's counsel relying on the representations of defendants' counsel permitted the 120-day period to expire and respectfully requests that this court allow a period of

enlargement of 30 days to accomplish the appropriate service of process.

                                        Respectfully submitted
                                        by his attorney,


                                         /s/ David B. Kaplan_____
                                        DAVID B. KAPLAN #258540
                                        THE KAPLAN/BOND GROUP
                                        88 Black Falcon Avenue, Suite 301
                                        Boston, MA  02210
                                        617-261-0080

Dated:       December 2, 2004

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
JAMES SINATRA                    *   C.A. NO.:   04-11077 NG
                                 *
    Plaintiff                    *
                                 *
v.                               *
                                 *
BOSTON TUGBOAT COMPANY, INC.     *
TUG ETHEL TIBBETTS,              *
CYPRESS POINT SHIPPING, LTD      *
and TANKER MOUNTAIN LADY         *
    Defendants                   *
                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## AFFIDAVIT OF DAVID B. KAPLAN

I, David B. Kaplan, on oath, state that I have discussed the service of the Summons in the above-referenced matter with Thomas Muzyka, Esquire who indicated that he was seeking authority to accept service on behalf of Boston Tugboat Company, Inc., owner of TUG ETHEL TIBBETTS, and that he was also seeking authority to accept service on behalf of Cypress Point Shipping, LTD., owner of TANKER MOUNTAIN LADY.

I relied on Thomas Muzyka's representations and the period of time for service has expired. Plaintiff has a valid and enforceable claim as to both defendants and the service of process can and will be make within the 30 day period requested in Plaintiff's Motion For Enlargement of Time filed herewith.

SIGNED UNDER THE PAINS AND PENALTY OF PERJURY ON THIS 2nd DAY OF DECEMBER, 2004

/s/ David B. Kaplan
DAVID B. KAPLAN, ESQUIRE