UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
JAMES SINATRA                           *     C.A. NO.:    04-11077 NG
      Plaintiff,                        *
                                        *
v.                                      *
                                        *
BOSTON TUGBOAT COMPANY, INC.,           *
Owner of TUG ETHEL TIBBETTS,            *
      Defendant.                        *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S MOTION FOR ADDITIONAL ENLARGEMENT OF TIME

Now comes the plaintiff, James Sinatra, by his attorneys, and respectfully request that pursuant to Federal Rules of Civil Procedure Rule 6(b), that this court allow an enlargement of time of an additional thirty (30) days for service of summons on defendants for the following reasons:

1. On May 24, 2004 this maritime claim was filed in United States District Court.

2. The Complaint alleged claims against two (2) defendants; (1) Boston Tugboat Company, Inc., owner of TUG ETHEL TIBBETTS; and (2) Cypress Point Shipping, LTD., owner of TANKER MOUNTAIN LADY.

3. Plaintiff will file an Amended Complaint alleging claims against one (1) defendant, Boston Tugboat Company, Inc. owner of TUG ETHEL TIBBETS, thereby voluntarily dismissing Cypress Point Shipping, LTD, owner of TANKER MOUNTAIN LADY.

4. During the period that service of the Summons should have been made, extensive discussions were had with counsel for the Boston Tugboat Company, Inc., owner of TUG

ETHEL TIBBETTS as to acceptance of service by said counsel for said defendant.

5.      Unfortunately, plaintiff's counsel relying on the representation of defendant's counsel permitted the thirty (30) day extension period to expire and respectfully requests that this court allow a period of enlargement of an additional 30 days to accomplish the appropriate service of process.

        Respectfully submitted
        by his attorney,

        _/s/ David B. Kaplan_____
        DAVID B. KAPLAN #258540
        THE KAPLAN/BOND GROUP
        88 Black Falcon Avenue, Suite 301
        Boston, MA  02210
        617-261-0080

Dated:       January 5, 2005

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * | |
| JAMES SINATRA       * | C.A. NO.:     04-11077 NG |
| * | |
| Plaintiff       * | |
| * | |
| v.       * | |
| * | |
| BOSTON TUGBOAT COMPANY, INC.,       * | |
| Owner of TUG ETHEL TIBBETTS,       * | |
| Defendants       * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | |

## AFFIDAVIT OF DAVID B. KAPLAN

I, David B. Kaplan, on oath, state that I have discussed the service of the Summons in the above-referenced matter with Thomas Muzyka, Esquire who indicated that he was seeking authority to accept service on behalf of Boston Tugboat Company, Inc., owner of TUG ETHEL TIBBETTS.

I relied on Thomas Muzyka's representation and the period of time for service has expired. Plaintiff has a valid and enforceable claim as to said defendant and the service of process can and will be made within the additional thirty (30) day period requested in Plaintiff's Motion For Additional Enlargement of Time filed herewith.

SIGNED UNDER THE PAINS AND PENALTY OF PERJURY ON THIS 5th DAY OF JANUARY, 2005

_/s/ David B. Kaplan____
DAVID B. KAPLAN, ESQUIRE