UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
JAMES SINATRA                           *     C.A. NO.:     04-11077 NG
     Plaintiff,                         *
                                        *
v.                                      *
                                        *
BOSTON TUGBOAT COMPANY, INC.,           *
Owner of TUG ETHEL TIBBETTS,            *
     Defendant.                         *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## MOTION TO FILE SECOND AMENDED COMPLAINT
## TO CHANGE NAME OF DEFENDANT

The plaintiff, James Sinatra, moves pursuant to Fed.R.Civ.P. 15(a) and respectfully requests this Court to allow the plaintiff to file his Second Amended Complaint to change name of defendant in this case.

In support of this motion, the plaintiff states as follows:

1. On May 24, 2004, the plaintiff filed a complaint in this case.

2. No answer or responsive pleading has been filed in this case.

3. The plaintiff's complaint improperly identified the name of the defendant as Boston Tugboat Company, owner of the TUG ETHEL TIBBETTS, rather than Boston Towing and Transportation Company, owner of the TUG ETHEL TIBBETTS.

      WHEREFORE, the plaintiff requests that this Court allow their Motion to Amend the Complaint and change the defendant's name from Boston Tugboat Company to **Boston Towing and Transportation Company**. A copy of the proposed Second Amended Complaint is attached hereto.

                                            Respectfully submitted,
                                            by their attorney,

                                            /s/ David B. Kaplan_____
                                            DAVID B. KAPLAN, ESQUIRE
                                            BBO #: 258540
                                            THE KAPLAN/BOND GROUP
                                            88 BLACK FALCON AVENUE, SUITE 301
                                            BOSTON, MA 02210
                                            (617) 261-0080

Dated: February 2, 2005