UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JAMES SINATRA | \* | C.A. NO.: 04-11077 NG |
|     Plaintiff | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| BOSTON TOWING AND | \* | |
| TRANSPORTATION CO., | \* | |
| Owner of TUG ETHEL TIBBETTS, | \* | |
|     Defendants. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above action that The Kaplan/Bond Group has relocated its office to:

**The Kaplan/Bond Group**
**88 Black Falcon Avenue, Suite 301**
**Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

        Respectfully submitted,
        By his attorneys,


        /s/ David B. Kaplan
        DAVID B. KAPLAN, ESQUIRE
        BBO NO.: 258540
        THE KAPLAN/BOND GROUP
        88 Black Falcon Avenue, Suite 301
        Boston, MA  02210
        (617) 261-0080
        (617) 261-1558 Fax

Dated: March 7, 2005