UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES SINATRA,** | CIVIL ACTION |
| Plaintiff, | NO: 04-11077-NG |
| vs. | |
| **BOSTON TOWING & TRANSPORTATION CO., Owner of the TUG ETHEL TIBBETTS,** | |
| Defendant. | |

### DEFENDANT'S MOTION FOR ACCESS TO PLAINTIFF'S CRIMINAL OFFENDER RECORDS INFORMATION (CORI)

Now comes the defendant, Boston Towing & Transportation Co., in the above-entitled action, by and through its undersigned counsel, Clinton and Muzyka, P.C., and respectfully moves this Honorable Court for permission to access the plaintiff's Criminal Offender Records Information (CORI). As grounds in support of this motion, the defendant submits the following for the Court's consideration.

The plaintiff commenced this cause of action to recover for personal injuries he allegedly sustained on or about November 14, 2002 while disembarking the defendant's vessel. The defendant is requesting the plaintiff's criminal history for the sole purpose of impeachment during the trial of this matter. *See, Affidavit of*

*Kenneth M. Chiarello, Esquire attached hereto as Exhibit "A."* This request is being made in accordance with the provisions of Chapter 6, Section 172(c) of the Massachusetts General Laws.

**WHEREFORE**, the defendant, Boston Towing & Transportation Co., prays that this Honorable Court allow the defendant access to the plaintiff's Criminal Offender Records Information (CORI) and endorse the Order attached hereto as Exhibit "B."

        By its attorneys,

        **CLINTON & MUZYKA, P.C.**

        <u>"/s/ Kenneth M. Chiarello</u>
        Kenneth M. Chiarello
        BBO NO: 639274
        One Washington Mall
        Suite 1400
        Boston, MA  02108
        (617) 723-9165

Dated:  May 12, 2005