UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES SINATRA,**<br>    **Plaintiff,** | **CIVIL ACTION**<br>**NO: 04-11077-NG** |
| **vs.** | |
| **BOSTON TOWING & TRANSPORTATION CO., Owner of the TUG ETHEL TIBBETTS,**<br>    **Defendant.** | |

### AFFIDAVIT OF KENNETH M. CHIARELLO, ESQUIRE

This affidavit is made on the basis of personal knowledge of the affiant.

1. My name is Kenneth M. Chiarello. I have been a practicing attorney in the Commonwealth of Massachusetts since 1998 and am presently in good standing.

2. I am counsel of record for the defendant, Boston Towing & Transportation Co., in the above-entitled civil action.

3. I intend to use any information provided by the Criminal History Systems Board for the sole purpose of impeaching the plaintiff during the trial of this matter.

4. Any information disclosed by the Criminal History Systems Board shall not be disclosed to any unauthorized persons in violation of Chapter 6, Section 167 of the Massachusetts General Laws or 803 C.M.R. 1.00 et seq.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12th DAY OF MAY, 2005.**

                                            "/s/Kenneth M. Chiarello"
                                            Kenneth M. Chiarello