# THE KAPLAN / BOND GROUP

David B. Kaplan
Thomas M. Bond
Tracey N. Kaplan

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02210*

*(617) 261-0080*
*Fax (617) 261-1558*

August 1, 2005

**VIA ECF**
**Ms. Maryellen Molloy**
Civil Clerk's Office
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:    Sinatra v. Boston Towing and Transportation Company
       USDC Eastern District of Massachusetts, Civil Action No. 1:04-cv-11077 NG

## ADDENDUM

Dear Ms. Molloy:

Please be aware that since our July 19, 2005 filing of our Motion to Amend Complaint (No. 10 on the court's docket), the current defendant, Boston Towing and Transportation Company has this day granted their assent to such motion being allowed.

Thank you for your attention to this matter.

Very truly yours,

/s/ David B. Kaplan
DAVID B. KAPLAN
BBO# 258540