UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES SINATRA,** | **CIVIL ACTION** |
| Plaintiff, | **NO: 04-11077-NG** |
| vs. | |
| **BOSTON TOWING & TRANSPORTATION CO.,** Owner of the TUG ETHEL TIBBETTS, | |
| Defendant. | |

### DEFENDANT'S ASSENTED TO MOTION FOR PRO HAC VICE ADMISSION OF GINO A. ZONGHETTI, ESQ.

Now comes the defendant, Boston Towing & Transportation Co., in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court, pursuant to Local Rule 83.5.1, for pro hac vice admission of Attorney Gino A. Zonghetti.  In support of this motion, the defendant submits the foregoing for the Court's consideration.

1. Gino A. Zonghetti is an attorney and principal with the law firm of Kenny, Stearns & Zonghetti.  He is a member in good standing with the Bars of New York, New Jersey, and the District of Columbia, as well as the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

2. There are no disciplinary proceedings pending against Attorney Zonghetti in any jurisdiction.

3. Attorney Zonghetti is familiar with the facts of this case and has represented the defendant in similar

      actions in the past.  The defendant has requested his representation in the instant case.

4. Admission of Attorney Zonghetti will not impede the progress of this action.

5. In support of this motion, an Affidavit of Attorney Zonghetti is attached hereto as Exhibit "A."

    **WHEREFORE**, the defendant, Boston Towing & Transportation Co., prays that this Honorable Court admit Attorney Gino Zonghetti as counsel pro hac vice.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/S/Kenneth M.Chiarello"
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

**ASSENTED TO:**

"/S/David B. Kaplan"
David B. Kaplan
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue
Suite 301
Boston, MA  022210
(617) 261-0080

Dated:  August 1, 2005