UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SINATRA,
    Plaintiff,

CIVIL ACTION
NO: 04-11077-NG

vs.

BOSTON TOWING & TRANSPORTATION CO., Owner of the TUG ETHEL TIBBETTS,
    Defendant.

## AFFIDAVIT OF GINO A. ZONGHETTI, ESQ.

Gino A. Zonghetti, being duly sworn, deposes and says:

1. I am a member of the firm of Kenny, Stearns & Zonghetti, 26 Broadway, New York, New York, and a member in good standing with the Bars of New York, New Jersey and the District of Columbia, as well as the United States District Courts for the Eastern and Southern Districts of New York and the District of New Jersey.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

4. I have represented the defendant in the past on several occasions and have been requested to represent its interests in this matter.

This Affidavit is submitted in Support of Attorney Kenneth M. Chiarello's Motion for Pro Hac Vice Admission pursuant to Local Rule 83.5.1.

FURTHER, your deponent sayeth not.

PURSUANT TO 28 U.S.C. §1746, I SOLEMNLY DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE AFOREMENTIONED IS TRUE AND ACCURATE.

_____
Gino A. Zonghetti, Esq.
Kenny, Stearns & Zonghetti
26 Broadway
New York, NY  10004-1882
(212) 422-6111