AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

JAMES SINATRA

**SUMMONS IN A CIVIL ACTION**

V.

BOSTON TOWING AND TRANSPORTATION CO., and CYPRESS POINT SHIPPING, LTD

CASE NUMBER: 1:04-CV-11077 NG

TO: (Name and address of Defendant)

CYPRESS POINT SHIPPING, LTD
c/o MORIN SHIPPING AGENCY
(Agent on November 14, 2002)
88 Black Falcon Avenue, Suite 275
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

DAVID B. KAPLAN, ESQ.
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                           AUG 3 1 2005

CLERK                                       DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  9-2-05 |
| NAME OF SERVER (PRINT)  James F. Burke | TITLE  Constable, Boston, MA |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Morin Shipping Agency, 88 Black Falcon Ave, #275, Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
In hand to Capt. Stefan Palmer

**STATEMENT OF SERVICE FEES**

| TRAVEL  5- | SERVICES  30- | TOTAL  $0.00  35,- |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-2-05
              Date              Signature of Server

P.O. Box 51576, Boston, MA 02205
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.