UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BOSTON TOWING & TRANSPORTATION CO. and<br>CYPRESS POINT SHIPPING, LTD.,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 04-cv-11077-NG |

## NOTICE OF APPEARANCE

Please notice the appearance of Robert E. McDonnell as counsel for defendant, Cypress Point Shipping, Ltd., in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**CYPRESS POINT SHIPPING, LTD.,**

　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　/s/ Robert E. McDonnell
　　　　　　　　　　　　　　　　　　Robert E. McDonnell, BBO #331470
　　　　　　　　　　　　　　　　　**BINGHAM MCCUTCHEN LLP**
　　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　　Boston, MA  02110-1726
　　　　　　　　　　　　　　　　　(617) 951-8000

Dated: September 22, 2005

### CERTIFICATE OF SERVICE

　　　I hereby certify that a true copy of the above document was served on counsel for each other party by first class mail and electronically via the ECF/CM on September 22, 2005.

　　　/s/ Brandon L. Bigelow
　　　Brandon L. Bigelow

LITDOCS/616279.1