UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON TOWING & TRANSPORTATION CO. and<br>CYPRESS POINT SHIPPING, LTD.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 04-cv-11077-NG |

### NOTICE OF APPEARANCE

Please notice the appearance of Brandon L. Bigelow as counsel for defendant, Cypress Point Shipping, Ltd., in the above-captioned matter.

Respectfully submitted,

**CYPRESS POINT SHIPPING, LTD.,**

By its attorneys,


/s/ Brandon L. Bigelow
Brandon L. Bigelow, BBO #651143
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: September 22, 2005

LITDOCS/616278.1

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served on counsel for each other party by first class mail and electronically via the ECF/CM on September 22, 2005.

  /s/ Brandon L. Bigelow
  Brandon L. Bigelow

- 2 -

LITDOCS/616278.1