UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA,<br><br>                Plaintiff,<br><br>    v.<br><br>BOSTON TOWING & TRANSPORTATION CO. and<br>CYPRESS POINT SHIPPING, LTD.,<br><br>                Defendant. | CIVIL ACTION<br>NO. 04-cv-11077-NG |

**CORPORATE DISCLOSURE STATEMENT
OF CYPRESS POINT SHIPPING, LTD.**

     Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, defendant Cypress Point Shipping, Ltd. states that at all times relevant to the allegations of the Third Amended Complaint, Cypress Point Shipping, Ltd. had no corporate parent and no publicly held company owned more than ten percent of Cypress Point Shipping, Ltd.'s stock.

                                                Respectfully submitted,

                                                **CYPRESS POINT SHIPPING, LTD.,**

                                                By its attorneys,

                                                /s/ Brandon L. Bigelow
                                                Robert E. McDonnell, BBO #331470
                                                Brandon L. Bigelow, BBO #651143
                                                **BINGHAM MCCUTCHEN LLP**
                                                150 Federal Street
                                                Boston, MA  02110-1726
                                                (617) 951-8000

Dated: September 22, 2005

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on counsel for each other party by first class mail and electronically via the ECF/CM on September 22, 2005.

      /s/ Brandon L. Bigelow
      Brandon L. Bigelow

- 2 -

LITDOCS/616318.1