UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMES SINATRA,                                      \*
                                                    \*
    Plaintiff.                                      \*
                                                    \*
v.                                                  \*      Civil Action No. 04-11077-NG
                                                    \*
BOSTON TOWING AND                                   \*
TRANSPORTATION CO.,                                 \*
Owner of TUG ETHEL TIBBETTS, and                    \*
CYPRESS POINT SHIPPING, LTD.,                       \*
Owner of the TANKER MOUNTAIN LADY,                  \*
                                                    \*
    Defendants.                                     \*
                                                    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S LR 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) we certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_/s/ James Sinatra_
James Sinatra
110 Cherry Mountain Way
Erroll, NH 03579

_/s/ David B. Kaplan_
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
BBO# 258540

Date: November 22, 2005