UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SINATRA,                              CIVIL ACTION
    Plaintiff,                             NO: 04-11077-NG

vs.

BOSTON TOWING & TRANSPORTATION
CO., Owner of the TUG ETHEL
TIBBETTS, and CYPRESS POINT SHIPPING,
LTD., Owner of TANKER MOUNTAIN LADY,
    Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs or conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| BOSTON TOWING & TRANSPORTATION, CO. | KENNY, STEARNS & ZONGHETTI |
|---|---|
| _____ | _____ |
| Bert Reinauer | Gino A. Zonghetti |
|  | Pro Hac Vice |
| New York, NY | 26 Broadway |
|  | New York, NY 10004-1882 |
|  | (212) 422-6111 |

Dated:   November 29, 2005