# CLINTON & MUZYKA, P.C.

ATTORNEYS AT LAW

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

November 1, 2005

_VIA REGULAR MAIL_

TELEPHONE
(617) 723-9165

FACSIMILE
(617) 720-3489

E-MAIL:
c&m@clinmuzyka.com

The Kaplan Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA  02210

Attention:    David Kaplan, Esq.

Re:  **JAMES SINATRA vs. BOSTON TOWING & TRANSPORTATION CO., et al. Civil Action No: 04-11077-NG**

Dear Attorney Kaplan:

In reference to the above-matter, please find enclosed herewith four (4) additional HIPPA Authorizations[1] to be executed by your client and returned to our office. We would appreciate receiving the authorizations forwarded to your office for execution on October 24, 2005. Additionally, please provide our office with potential dates for your client's deposition.

Thank you for your cooperation.

Best regards,

Kenneth M. Chiarello

enclosures.

---

[1] Future Health, Cottage Orthopedic, LLP, Littleton Regional Hospital, and Whidden Memorial Hospital.

cc: Gino Zonghetti, Esq.
    *Via Fax: 212-422-6544*

    Brandon Bigelow, Esq.
    *Via Fax: 617-951-8736*