# THE KAPLAN / BOND GROUP

*David B. Kaplan*
*Thomas M. Bond*
*Tracey N. Kaplan*

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02210*

(617) 261-0080
Fax (617) 261-1558

November 7, 2005

**VIA FACSIMILE: 617-720-3489**
**& FIRST CLASS MAIL**

Kenneth Chiarello, Esq.
CLINTON & MUZYKA, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

RE:  James Sinatra v. Boston Towing & Transportation Co., et al
     Civil Action No. 04-11077-MG

Dear Mr. Chiarello:

I am in receipt of your communication dated November 1, 2005 requesting dates for Mr. Sinatra's deposition. Unfortunately, I am unable to provide you with such dates at this time pending your response to our discovery requests that were sent you on August 8, 2005.

Please advise as to when we may expect your responses. Upon receipt I shall be happy to offer two or three dates that fall within two weeks of that time.

Very truly yours,

DAVID B. KAPLAN

DBK/jjb
cc:  Brandon L. Bigelow, Esq. (by mail only)