# CLINTON & MUZYKA, P.C.

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MA 02108

617.723.9165 TEL

617.720.3489 FAX

KCHIARELLO@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| TO:<br>David Kaplan | FROM:<br>Kenneth M. Chiarello |
|---|---|
| COMPANY:<br>The Kaplan/Bond Group | DATE:<br>December 27, 2005 |
| FAX NUMBER<br>617-261-1558 | TOTAL NO. OF PAGES INCLUDING COVER:<br>2 |
| PHONE NUMBER:<br>617-261-0080 | SENDERS REFERENCE NO: |

**Re:   JAMES SINATRA vs. BOSTON
TOWING & TRANSPORTATION CO.
and CYPRESS POINT SHIPPING
Civil Action No: 04-11077-NG**

Dear Attorney Kaplan:

In reference to the above-matter and our recent telephone conversation, please be advised that the plaintiff has yet to submit his Automatic Disclosure, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2. Until the plaintiff submits his Automatic Disclosure, the defendant is not required to respond to your Interrogatories or Requests for Production of Documents. This is to again request potential dates (January 2006) for your client's deposition. Your ongoing refusal to produce the plaintiff for a deposition is baseless.

Thank you for your cooperation.

Very truly yours,

*Kenneth M. Chiarello*

cc:     Gino Zonghetti, Esq.
        *Via Fax: 212-422-6544*

        Brandon Bigelow, Esq.
        *Via Fax: 617-951-8736*

```
SERIAL  BROADCAST  REPORT
```

(TUE) DEC 27 2005 14:30

```
Account Name :                          DOCUMENT#     : 6337455-024
TOTAL DST.   : 3stations                TIME STORED   : DEC 27 14:28
PAGES        : 2 sheets                 TIME SENT     : DEC 27 14:28
                                        DURATION      : 1min.07sec


FIN.   : 3stations

DESTINATION                                      RESULT

16172611558                                        OK
12124226544                                        OK
16179518736                                        OK
```

# CLINTON & MUZYKA, P.C.

## ONE WASHINGTON MALL, SUITE 1400
### BOSTON, MA 02108
#### 617.723.9165 TEL
#### 617.720.3489 FAX
KCHIARELLO@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| TO: David Kaplan | FROM: Kenneth M. Chiarello |
|---|---|
| COMPANY: The Kaplan/Bond Group | DATE: December 27, 2005 |
| FAX NUMBER: 617-261-1558 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: 617-261-0080 | SENDERS REFERENCE NO: |

**Re:   JAMES SINATRA vs. BOSTON
TOWING & TRANSPORTATION CO.
and CYPRESS POINT SHIPPING
Civil Action No: 04-11077-NG**

Dear Attorney Kaplan:

In reference to the above-matter and our recent telephone conversation,