# THE KAPLAN / BOND GROUP

*David B. Kaplan*
*Thomas M. Bond*
*Tracey N. Kaplan*
*Brian Keane*

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02210*

(617) 261-0080
Fax (617) 261-1558

December 27, 2005

**VIA EMAIL AND FIRST-CLASS MAIL**

Brandon L. Bigelow, Esq.
Bingham McCutchen
150 Federal Street
Boston, MA 02110
brandon.bigelow@bingham.com
robert.mcdonnell@bingham.com

Kenneth Chiarello, Esq.
Clinton & Muzyka PC
One Washington Mall, Suite 1400
Boston, MA 02108
kchiarello@clinmuzyka.com

Gino A. Zonghetti, Esq.
Kenny, Stearns & Zonghetti
26 Broadway
New York, NY 10004
gzonghetti@kszlaw.com

RE:   Sinatra v. Boston Towing & Transportation Co., et. al.
      U.S.D.C. For The District of Massachusetts, Civil Action No. 04-11077-NG

Dear Counsel:

Enclosed please find the Plaintiff's Fed.R.Civ.P. 26(A)(1) and LR 26.2(A) Initial Disclosures.

Thank you for your attention to this matter.

Sincerely,

John J. Bromley
Law Clerk for
ATTORNEY DAVID B. KAPLAN

Encl.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************************
JAMES SINATRA,                              *
                                            *
    Plaintiff.                              *
                                            *
v.                                          *   Civil Action No. 04-11077-NG
                                            *
BOSTON TOWING AND                           *
TRANSPORTATION CO.,                         *
Owner of TUG ETHEL TIBBETTS, and            *
CYPRESS POINT SHIPPING, LTD.,               *
Owner of the TANKER MOUNTAIN LADY, *
                                            *
    Defendants.                             *
                                            *
*******************************************

## PLAINTIFF'S FED.R.CIV.P. 26(a)(1) AND LR 26.2(A) INITIAL DISCLOSURES

1. LR 26.2(A) and Fed.R.Civ.P. 26(a)(1) Initial Disclosures

    A. Parties Likely to Have Discoverable Information:

        1.  James Sinatra
            110 Cherrymountain Way
            Erroll, New Hampshire 03579

            Mailing Address:
            P.O. Box 400
            Twin Mountain, New Hampshire 03595

            Subject: The happening of the November 14, 2002 incident.

        2.  Boston Towing and Transportation Co.
            36 New Street
            East Boston, Massachusetts 02128

            Subject: Owner and Operator of the TUG ETHEL TIBBETS, the happening of the November 14, 2002 incident.

3. Cypress Point Shipping, Ltd.
   Volmerstratt 14 NL1112
   Monrovia, 3120314106
   Monrovia, Liberia

   Subject: Owner and Operator of the TANKER MOUNTAIN LADY, the happening of the November 14, 2002 incident.

4. Camin Cargo Control, Inc.
   230 Marion Avenue
   Linden, NJ 07036

   Subject: Sinatra's employer at the time of the incident, the happening of the November 14, 2002 incident.

5. Dana Brown
   address unknown at this time

   Subject: Mr. Sinatra's manager who was present at the time of November 14, 2002 incident.

Plaintiff states that this list is by no means exhaustive and reserves the right to supplement and include all witnesses named by the other parties to this action.

B. Documents Currently in the Possession of the Defendant:

1. United States Coast Guard Investigation Report, MISLE No. 1719920, attached.

2. Medical Records, previously produced as plaintiff's 35.1 disclosure and also as part of plaintiff's LR 16.1 Settlement Proposal.

3. Worker's Compensation Lien, previously disclosed as part of plaintiff's LR 16.1 Settlement Proposal.

Plaintiff states that this list is by no means exhaustive and reserves the right to supplement and include all documents named by the other parties to this action.

C. <u>Computation of Damages</u>

- Lost Earnings ............................................................. $25,480.00
- Residual.................................................................... $7,500.00
- Total Medicals ......................................................... $16,715.19
- Worker's Compensation Lien ................................. $32,947.46

TOTAL: ...........................................................................$82,642.65

Plaintiff states that this computation of damages is by no means exhaustive and reserves the right to supplement. Documentation supportive of these damages shall be made available upon request.

D. INSURANCE AGREEMENT

Not applicable.

Respectfully submitted
James Sinatra,
By his attorney,

/s/ David B. Kaplan
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
BBO No. 258540

I hereby certify that a true copy of the above document was served via email and first-class mail upon each attorney of record on December 27, 2005.

/s/ David B Kaplan

Dated: December 27, 2005