UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMES SINATRA,                                \*
    Plaintiff.                                  \*
                                             \*
v.                                       \*      Civil Action No. 04-11077-NG
                                             \*
BOSTON TOWING AND                  \*
TRANSPORTATION CO.,                \*
Owner of TUG ETHEL TIBBETTS, and     \*
CYPRESS POINT SHIPPING, LTD.,        \*
Owner of the TANKER MOUNTAIN LADY, \*
    Defendants.                              \*
                                             \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL THE PLAINTIF TO ATTEND A DEPOSITION ON JANUARY 26, 2006**

The plaintiff opposes the defendant's Motion to Dismiss and/or Compel the Plaintiff to Attend a Deposition on January 26, 2006 for the reasons set forth below.

## **LAW AND ARGUMENT**

At the Local Rule 16.1 Scheduling Conference held on December 1, 2005 this court ordered the completion of written discovery by February 16, 2006 and the completion of depositions by June 30, 2006. **See Scheduling Order, attached as Exhibit "A".** This court essentially adopted the proposed discovery plan which had been submitted and agreed upon by counsel prior to the conference. In compliance with this plan, the plaintiff responded to defendant's interrogatories and document requests. The plaintiff has also provided defendant with its initial disclosure and medical records. On the other hand, the defendant has refused to answer plaintiff's interrogatories and document requests, and insists that the plaintiff submit to a

deposition before they do so.

In an attempt to turn this lawsuit into a "discovery game", the defendant has twisted and turned the rules into a "hard ball" to hurl at the plaintiff, and has asked this court to serve as umpire. Making "much ado about nothing" and churning this case like an organ grinder, the defendant's twenty plus page submission asks for sanctions, dismissal, fees, costs, and the plaintiff's first-born child. The plaintiff requests this court to end the defendant's game, deny its motion, and order that discovery proceed as previously ordered.

Respectfully submitted,

James Sinatra,
by his attorney,

/s/ David B. Kaplan_____
DAVID B. KAPLAN
THOMAS M. BOND
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
BBO# 258540
BBO# 546649

Dated: January 11, 2006