# CLINTON & MUZYKA, P.C.

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MA 02108

617.723.9165 TEL

617.720.3489 FAX

KCHIARELLO@CLINMUZYKA.COM

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| David Kaplan | Kenneth M. Chiarello |
| COMPANY: | DATE: |
| The Kaplan/Bond Group | March 14, 2006 |
| FAX NUMBER | TOTAL NO. OF PAGES INCLUDING COVER: |
| 617-261-1558 | 2 |
| PHONE NUMBER: | SENDERS REFERENCE NO: |
| 617-261-0080 | |

**Re: JAMES SINATRA vs. BOSTON TOWING & TRANSPORTATION CO. and CYPRESS POINT SHIPPING**
<u>Civil Action No: 04-11077-NG</u>

Dear Attorney Kaplan:

In reference to the above-matter, please be advised that the defendant, Boston Towing & Transportation, has scheduled an Independent Medical Examination for your client. The examination has been scheduled for **May 8, 2005 at 10:00 a.m.**, and will be conducted by Dr. Charles DiCecca at 909 Hancock Street in Quincy, Massachusetts. If your client is unable to attend, then please advise forthwith to avoid any cancellation or rescheduling fees.

Thank you for your cooperation.

Very truly yours,

*Kenneth M. Chiarello*

cc: Gino Zonghetti, Esq.
*Via Fax: 212-422-6544*

EXHIBIT "A"

Brandon Bigelow, Esq.
*Via Fax: 617-951-8736*

Brandon Bigelow, Esq.
*Via Fax: 617-951-8736*

```
SERIAL  BROADCAST  REPORT
```

(TUE) MAR 14 2006 13:47

| Account Name | : | | DOCUMENT# | : 6337455-461 |
| TOTAL DST. | : 3 stations | | TIME STORED | : MAR 14 13:45 |
| PAGES | : 2 sheets | | TIME SENT | : MAR 14 13:45 |
| | | | DURATION | : 1min. 06sec |

FIN.   : 3stations

| DESTINATION | RESULT |
|---|---|
| 16172611558 | OK |
| 12124226544 | OK |
| 16179518736 | OK |

# CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA  02108
617.723.9165 TEL
617.720.3489 FAX
KCHIARELLO@CLINMUZYKA.COM

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| David Kaplan | Kenneth M. Chiarello |
| **COMPANY:** | **DATE:** |
| The Kaplan/Bond Group | March 14, 2006 |
| **FAX NUMBER** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 617-261-1558 | 2 |
| **PHONE NUMBER:** | **SENDERS REFERENCE NO:** |
| 617-261-0080 | |

Re:   JAMES SINATRA vs. BOSTON
      TOWING & TRANSPORTATION CO.
      and CYPRESS POINT SHIPPING
      <u>Civil Action No: 04-11077-NG</u>

Dear Attorney Kaplan:

In reference to the above-matter, please be advised that the defendant,