Angela Bruno

*Ethel Tibbetts*

*TJM /kmc*

**From:** Kenneth Chiarello
**Sent:** Friday, January 13, 2006 4:05 PM
**To:** Angela Bruno; Cheryl Mehos
**Subject:** FW: Activity in Case 1:04-cv-11077-NG Sinatra v. Boston Tugboat Company, Inc. et al "Order on Motion to Dismiss"

---

**From:** ECFnotice@mad.uscourts.gov[SMTP:ECFNOTICE@MAD.USCOURTS.GOV]
**Sent:** Friday, January 13, 2006 3:42:27 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11077-NG Sinatra v. Boston Tugboat Company, Inc. et al "Order on Motion to Dismiss"
**Auto forwarded by a Rule**

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Molloy, Maryellen entered on 1/13/2006 at 3:42 PM EST and filed on 1/13/2006
**Case Name:** Sinatra v. Boston Tugboat Company, Inc. et al
**Case Number:** 1:04-cv-11077
**Filer:**
**Document Number:**

**Docket Text:**
Judge Nancy Gertner : Electronic ORDER entered granting [25] Motion to compel; Denying as to mtn to dismiss. (Molloy, Maryellen)

The following document(s) are associated with this transaction:

**1:04-cv-11077 Notice will be electronically mailed to:**

Brandon L. Bigelow     brandon.bigelow@bingham.com

Kenneth M. Chiarello    KCHIARELLO@CLINMUZYKA.COM

David B. Kaplan    DKaplan@Kaplanbond.com, jbromley@kaplanbond.com

EXHIBIT "G"

1/13/2006