UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:04-cv-11077 NG |
| ) | |
| BOSTON TOWING AND ) | THIRD AMENDED |
| TRANSPORTATION CO., ) | COMPLAINT |
| Owner of TUG ETHEL TIBBETTS, and ) | |
| CYPRESS POINT SHIPPING, LTD, ) | |
| Owner of TANKER MOUNTAIN LADY ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINE FOR FILING A RESPONSE TO DEFENDANT BOSTON TOWING AND TRANSPORTATION CO.'S MOTION TO DISMISS**

Now comes the plaintiff and respectfully requests that this court to grant a five day extension to respond to defendant's Motion to Dismiss. As reasons therefore, the plaintiff states the following:

1. Senior trial counsel on this matter is out of the country;

2. The associate with knowledge of this matter and who is in the process of responding to this motion is experiencing a family emergency involving his infant daughter which has required him to be out of the office; and

3. The five day extension sought by the plaintiff will not prejudice any of the parties in this matter.

The plaintiff respectfully requests this court to grant this short extension for the plaintiff to respond to defendant's motion.

Respectfully submitted,
James Sinatra,
By his attorney,


/s/ David B. Kaplan_____
DAVID B. KAPLAN
**THE KAPLAN BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
BBO# 258540


Date: April 4, 2006