# THE KAPLAN / BOND GROUP

David B. Kaplan
Thomas M. Bond
Tracey N. Kaplan
Brian Keane

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02210*

(617) 261-0080
Fax (617) 261-1558

March 14, 2006

**VIA EMAIL AND FIRST-CLASS MAIL**

Kenneth Chiarello, Esq.
Clinton & Muzyka PC
One Washington Mall, Suite 1400
Boston, MA 02108
kchiarello@clinmuzyka.com

Gino A. Zonghetti, Esq.
Kenny, Stearns & Zonghetti
26 Broadway
New York, NY 10004
gzonghetti@kszlaw.com

RE: Sinatra v. Boston Towing & Transportation Co., et. al.
U.S.D.C. For The District of Massachusetts, Civil Action No. 04-11077-NG

Dear Counsel:

In response to your facsimile dated March 14, 2006, we agree to have our client made available for the requested Independent Medical Examination so long as it is held within fifty miles of his domicile which is currently 15 Eagle Lake Drive in Bar Harbor, Maine.

If, however, you prefer to have the IME conducted in Quincy, Massachusetts as stated in your communication, then we request that you cover our client's reasonable transportation expenses to and from the examination. A check in the amount of $200 mailed to us by Monday April 24, 2006 but made payable to James Sinatra would cover such expenses.

Please advise as to your preference.

Sincerely,

John J. Bromley
Law Clerk for
ATTORNEY DAVID B. KAPLAN

Encl.
cc: Brandon L. Bigelow, Esq.