## John Bromley

**From:** Gino Zonghetti [gzonghetti@kszlaw.com]
**Sent:** Wednesday, March 15, 2006 10:47 AM
**To:** John Bromley; kchiarello@clinmuzyka.com
**Cc:** Bigelow, Brandon L.
**Subject:** RE: Sinatra; IME Notification

Dear Mr. Bromley:

    Please note that we haven intention of paying Mr. Sinatra anything for attending the scheduled IME. We are unsure of the basis for your demand for $200 for him to attend an IME within the jurisdiction of the United States District Court for the District of Massachusetts in a case that he chose to venue in that court and we are certain there is no support for the claim. As you are aware, plaintiff chose to sue in this jurisdiction and accordingly he is required to attend scheduled discovery events, such as his deposition, the IME, etc. He is not entitled under any statute or rule of court to be paid for his travel or attendance. We ask that you provide us today with an affirmative statement that plaintiff will attend the IME without payment. In the event you do not, we will bring on the appropriate motion to compel and will seek costs for this frivolous demand. Please consider this email as satisfying our pre-motion communication.

                                Gino A. Zonghetti
                              Kenny, Stearns & Zonghetti
                              26 Broadway
                            New York, New York 10004
                              (212) 422-6111

-----Original Message-----
**From:** John Bromley [mailto:JBromley@KaplanBond.com]
**Sent:** Tuesday, March 14, 2006 2:49 PM
**To:** Gino Zonghetti; kchiarello@clinmuzyka.com
**Cc:** Bigelow, Brandon L.
**Subject:** RE: Sinatra; IME Notification

Dear Counsel:

Please see the attached reply to your Notice of IME.

Sincerely,
John J. Bromley
Law Clerk
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
P: (800) 864-0051
F: (617) 261-1558

3/15/2006