UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************************
JAMES SINATRA,                       *
       Plaintiff.                    *
                                     *
v.                                   *   Civil Action No. 04-11077 NG
                                     *
BOSTON TOWING AND                    *
TRANSPORTATION CO.,                  *
Owner of TUG ETHEL TIBBETTS, and     *
CYPRESS POINT SHIPPING, LTD.,        *
Owner of the TANKER MOUNTAIN LADY,   *
       Defendants.                   *
*************************************
```

**ADDENDUM TO SINATRA'S OPPOSITION TO BOSTON TOWING AND TRANSPORTATION CO.'S MOTION TO DISMISS**

Sinatra herein submits the following attachments regarding his Opposition to the Defendant's Motion to Dismiss:

1. Exhibit G

2. Affidavit of James Sinatra

Sinatra inadvertently failed to attach the above to his original filing and apologizes for any inconvenience that may have occurred as a result.

**REQUEST FOR ORAL ARGUMENT**

The Plaintiff renews his request for an oral argument pursuant to L.R. 7.1(D)**.**

Respectfully submitted,
James Sinatra,
By his attorney,

/s/ David B. Kaplan
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080
B.B.O. No. 258540


Dated: April 12, 2006