UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
***************************************
JAMES SINATRA,                         *
       Plaintiff.                      *
                                       *
v.                                     *    Civil Action No. 04-11077 NG
                                       *
BOSTON TOWING AND                      *
TRANSPORTATION CO.,                    *
Owner of TUG ETHEL TIBBETTS, and       *
CYPRESS POINT SHIPPING, LTD.,          *
Owner of the TANKER MOUNTAIN LADY,     *
       Defendants.                     *
***************************************
```

## AFFIDAVIT OF JAMES SINATRA

I, James Sinatra, do on oath, hereby depose and state as follows:

1. On February 25, 2006 my financial situation forced me to move from my home in Ossipee, NH where I was paying rent in the amount of $600 per month to my new home in Bar Harbor, Maine where I was able to find a room for $150 per month;

2. Due to the pain related to my back injuries, and because I cannot take my pain-management medications while driving, I am unable to drive more than one hour at a time without the need to take a 15-20 minute break;

3. Due to my unemployed status and related financial straits, I cannot afford a round-trip drive to Boston with an overnight stay; and

4. I am willing to participate in an Independent Medical Examination upon proper notice.

Signed under pains and penalties of perjury this 24th day of March 2006.

*James Sinatra* (signature)
James Sinatra