UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JAMES SINATRA,                              \*
    Plaintiff.                              \*
                                             \*
v.                                          \*   Civil Action No. 04-11077 NG
                                             \*
BOSTON TOWING AND                           \*
TRANSPORTATION CO.,                         \*
Owner of TUG ETHEL TIBBETTS, and            \*
CYPRESS POINT SHIPPING, LTD.,               \*
Owner of the TANKER MOUNTAIN LADY,          \*
    Defendants.                             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER**

The Plaintiff, James Sinatra, respectfully requests the court's permission to serve ten Requests for Admissions upon each defendant and to extend the deadline by which fact witnesses may be deposed.

Requests for Admissions

The deadline for service of written discovery requests was January 16, 2006. Recent research into the legal issues regarding liability and causation have made it clear to Plaintiff's counsel that ten Requests for Admissions served upon each defendant will narrow the issues in this case. If allowed, Sinatra shall serve such Requests by the earliest of either Friday April 21, 2006 or within two days of this court's allowance.

Pursuant to Fed.R.Civ.P. 36(a), the defendants would have thirty days to respond, or (assuming April 21 service) until Monday May 22, 2006. Since the latest response date would fall well before the June 30, 2006 Discovery Deadline, neither of the parties shall be prejudiced by the allowance of this request.

Fact Witness Depositions

The deadline for Fact Witness Depositions is currently set for Friday April 14, 2006. Due to seemingly chronic personal and family-related illness, Plaintiff's counsel has not been able to confer with defense counsel and schedule the depositions of their respective clients. Sinatra requests that this court extend the deadline for the conclusion of such depositions to Friday May 26, 2006.

Since the requested date falls well before the June 30, 2006 Discovery Deadline, none of the parties to this litigation will be prejudiced by the allowance of this extension.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Plaintiff certifies that he has conferred with opposing counsel in a good-faith effort to resolve or narrow the issues set forth in this motion.

Respectfully submitted,
James Sinatra,
By his attorney,

/s/ David B. Kaplan_____
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080
B.B.O. No. 258540

Dated: April 12, 2006