# Exhibit A

Case 1:04-cv-11077-NG    Document 33-2    Filed 05/25/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SINATRA,  
    Plaintiff,

CIVIL ACTION  
NO: 04-11077-NG

vs.

BOSTON TOWING & TRANSPORTATION CO., Owner of the TUG ETHEL TIBBETTS,  
    Defendant.

### DEFENDANT'S AUTOMATIC DISCLOSURE

Now comes the defendant, Boston Towing & Transportation Co., in the above captioned matter, by and through its undersigned counsel, Clinton & Muzyka, P.C., and submits its Automatic Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2.

A.   <u>INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION</u>

    1.   William F. Potter  
        38 Spring Street  
        Stoneham, Massachusetts

    2.   Thomas F. Rooney, Jr.  
        6 Adams Street  
        Hull, Massachusetts

    3.   Timothy Machaiek  
        6 Coltin Drive  
        Newburyport, Massachusetts

The defendant reserves the right to supplement this disclosure as discovery progresses.

B.  DOCUMENTS

Other than the documents enclosed in plaintiff counsel's January 6, 2004 correspondence and the documents received as a result of defendant's Custodian of Records depositions, none.

The defendant reserves the right to supplement this disclosure as discovery progresses.

C.  DAMAGES

Not applicable.

D.  INSURANCE AGREEMENTS

The defendant has requested a copy of its insurance policy and will produce it upon receipt.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 6-25-05

2