# Exhibit B

# BOSTON TOWING & TRANSPORTATION COMPANY

December 17, 2002

Commanding Officer
USCG Marine Safety Office
ATTENTION: CWO4 ███████, USCG
455 Commercial Street
Boston, MA 02109-1045

Dear Mr. ████:

This is in response to our telephone conversation this morning in which we discussed procedures for boarding vessels offshore.

As I mentioned, I was not aware of the incident of November 14, 2002 or the injury to the gauger as he boarded the tanker, MOUNTAIN LADY. It is likely that our crew did not know of the injury since it happened on the ship.

I am enclosing excerpts from our operations and safety manual that address boarding and assisting persons who are not crewmen. I have also included minutes of two safety meetings that specifically address the subject of ladder use. I personally conducted these two meetings and the use of ladders was discussed in great detail, including the conditions under which OSHA permits their use.

I will promulgate a safety bulletin that will address the specific concerns of boarding offshore and ensure that all our crews are aware of the conditions under which safe transfer of personnel can be attempted.

Please feel free to contact me if you require anything further.

Sincerely,
BOSTON TOWING & TRANSPORTATION COMPANY



General Manager

encl



36 NEW STREET / EAST BOSTON, MASSACHUSETTS 02128 / (617) 567-9100 / FAX (617) 567-2583

File
9/5/02

MINUTES OF DECKHAND SAFETY MEETING

1. Meeting convened at 1100 directed by ▉▉▉▉▉ on the following topics:

A. Ladder Safety: a discussion of the safe use of ladders was held subsequent to last Spring's fatal accident. The importance of inspecting the ladder for defects, firmly anchoring and securing and safe use during boarding was emphasized. If a ladder appears unsafe it should not be used. Report it to maintenance and it will be replaced.

B. New Construction: the new build project was briefly discussed.

C. Operations Manual: attention was directed to the operations manual as a useful reference for safety instructions, daily routine and procedures. All hands were encouraged to review its contents and refresh themselves on safety procedures.

D. Cold Weather Survival: With the approach of Autumn, the topic of falls overboard, PFD choices and cold water survival techniques was discussed. A twenty-minute video on survival techniques, clothing selection and PFD donning and use was shown.

2. The meeting adjourned at 1140.

Attending: ▉▉▉▉▉, ▉▉▉▉▉, ▉▉▉▉▉, ▉▉▉▉▉, ▉▉▉▉▉, ▉▉▉▉▉

File

Minutes of Captains Meeting of August 9, 2002

1. A discussion of the new construction project in Maine was held including possible crewing arrangements, training, simulator arrangements at MSI.

2. STCW reimbursement policy: the company will arrange for bridge resource management and fire fighting with wages, travel and lodging paid. The employee will be responsible for any other training required under STCW.

▬▬▬▬▬▬▬▬▬▬

a. condition of docks: docks are to be survey and a repair plan commenced prior to winter. Caution is to be exercised on all piers.
b. Ladders: subsequent to the fatality this year, we have reviewed our ladder policies and are buying new ladders with grip-type fittings on the bottom. Gangways will be affixed when boats are laid up for extensive maintenance. Ladders must be routinely inspected for materiel condition. If one is unsuitable, don't use it, remove it from service and tell Bill Skinner to get a replacement.
c. Safety audit: an independent consultant will conduct a safety audit with 30 days.

4. Supervisory Matters: The role of the captain as a supervisor was reinforced. Of special significance is the documenting of disciplinary action by making log entries and reports to the office. As the supervisor, the captain is expected to recommend discipline and he can initiate termination for cause. The rules for discharge which are posted on each boat are required by union contract, however, they are not inclusive.

5. The successor to our competitor has been aggressively pursuing our customers to gain market share. To counter this, we are expanding our network in Europe by exploring affiliation with a new agent. Operating in a profitable manner is the concern of all, especially in the current business climate which is about 20% behind last year's revenues.

6. Daily Routine:
a. Tie up reports/pink slips appear to be coming in regularly. These are necessary for the maintenance department to schedule repairs.
b. Duties and expectations of unlicensed crew are posted. Captains must ensure that these duties are completed.

(19)