# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

James Sinatra
### Plaintiff

V.                                    CIVIL  CASE NO.  04-11077-NG

Boston Tugboat Company, et al.
### Defendants

### NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for _____ a Mediation Hearing on July 20, 2006 at  10:00  A.M. before Magistrate Judge  Marianne B. Bowler  in Courtroom #  25  .

All parties with binding authority are REQUIRED to attend, leave of Court is needed for any exceptions.  All confidential mediation briefs are REQUIRED to be SUBMITTED to the court VIA FACSIMILE at (617) 204-5833 TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

6/29/2006
### Date

By:  /s/ Marc K. Duffy, Esq.
### Deputy Clerk

(ADR NOTICE (Sinitra).wpd - 3/7/2005)