UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON TOWING & TRANSPORTATION CO. and CYPRESS POINT SHIPPING, LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>CIVIL ACTION<br>NO. 04-cv-11077-NG |

## DEFENDANT CYPRESS POINT SHIPPING LTD.'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant, Cypress Point Shipping, Ltd. ("Cypress"), respectfully moves for summary judgment against the plaintiff, James Sinatra ("Sinatra"), as to the claims asserted in the Third Amended Complaint.  As grounds for and in support of this motion, Cypress refers to and incorporates fully herein its Statement of Undisputed Facts, memorandum of law incorporated into its Opposition to Plaintiff's Motion to Compel Discovery, the Affidavit of John Eleftheriades, and the Affidavit of Brandon L. Bigelow.

WHEREFORE, Cypress Point Shipping, Ltd. respectfully requests that summary judgment enter in its favor dismissing the claims of plaintiff, James Sinatra, asserted in the Third Amended Complaint.

- 2 -

Respectfully submitted,

**CYPRESS POINT SHIPPING, LTD.,**

By its attorneys,


*/s/ Brandon L. Bigelow*
Robert E. McDonnell, BBO #331470
Brandon L. Bigelow, BBO #651143
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated:  July 10, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on counsel for each other party by electronic mail and first class mail on July 10, 2006.


*/s/ Brandon L. Bigelow*
Brandon L. Bigelow

LITDOCS/646837.1