UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA,<br><br>                    Plaintiff,<br><br>v.<br><br>BOSTON TOWING & TRANSPORTATION CO. and<br>CYPRESS POINT SHIPPING, LTD.,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 04-cv-11077-NG |

### AFFIDAVIT OF JOHN ELEFTHERIADES

John Eleftheriades, having been duly sworn, hereby deposes and states as follows:

1. My name is John Eleftheriades, and I am the insurance manager for Colonial Navigation Co., Inc. ("Colonial Navigation") based in New York City, New York. I have held that position for seven years. This affidavit is based upon my personal knowledge.

2. From 1996 until October 18, 2004, Colonial Navigation acted as the U.S. agent for T/V MOUNTAIN LADY on behalf of Naess Shipping (Holland) B.V., the management company contracted to operate T/V MOUNTAIN LADY.

3. Colonial Navigation ceased to be the U.S. agent for T/V MOUNTAIN LADY on or about October 18, 2004. I understand that on or about that date, Cypress sold T/V MOUNTAIN LADY to other interests.

4. In early September 2005, I was contacted by Moran Shipping Agencies ("Moran Shipping") in Boston. Moran Shipping reported that it had been served with a Summons and Complaint in connection with the above-referenced matter, and forwarded copies of those documents to my attention.

5. This was the first notice Colonial Navigation had of the claim against Cypress, and to the best of my knowledge, would have been the first notice to Cypress of this claim. I have attempted to contact Cypress through Naess Shipping without success. I understand that Naess Shipping is now involved in bankruptcy proceedings itself.

6. Although Colonial Navigation no longer acted as agent for T/V MOUNTAIN LADY in September 2005, I gave notice to the UK Club, the vessel's insurer on the date of the alleged incident, of Sinatra's claim.

Sworn under penalties of perjury this 10th day of July, 2006.

_____
John Eleftheriades

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on counsel for each other party by electronic mail and first class mail on July 10, 2006.

_____
Brandon L. Bigelow