# EXHIBIT A

# REGISTER OF SHIPS
# 2005-06



A-F

All rights reserved.

**Except as permitted under current legislation no part of this work may be photocopied, stored in a retrieval system, published, performed in public, adapted, broadcast, transmitted, recorded or reproduced in any form or by any means, without prior permission of the copyright owner.**

Where Lloyd's Register - Fairplay has granted written permission for any part of this publication to be quoted, such quotation must include appropriate acknowledgement to 'Lloyd's Register - Fairplay Ltd., Register of Ships 2005-06'.

Enquiries should be addressed to:
Lloyd's Register - Fairplay Ltd.,
Customer Services,
Lombard House,
3 Princess Way,
Redhill,
Surrey, RH1 1UP
United Kingdom
Telephone: +44 (0) 1737 379000
Fax: +44 (0) 1737 379001
Email: customer.services@lrfairplay.com
Web site: www.lrfairplay.com

Published by: Lloyd's Register - Fairplay Ltd.,
Lombard House, 3 Princess Way,
Redhill, Surrey, RH1 1UP
United Kingdom

Printed by: Polestar Wheatons Ltd, Hennock Road, Marsh Barton,
Exeter, Devon, EX2 8RP
United Kingdom

ISBN for complete set of 4 volumes: 1 901290 72 7
ISBN for this volume: 1 901290 68 9
British Library Cataloguing-in-Publication Data.
A catalogue record for this book is available from the British Library.

## Notice and terms of use

Lloyd's Register – Fairplay Ltd., their shareholders, affiliates, subsidiaries and their respective officers, employees or agents are, individually and collectively, referred to in this clause as the "LRF Group". The LRF Group assume no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document howsoever provided, unless that person has signed a contract with the relevant entity for the provision of this information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

Any dispute with the LRF Group is subject to the exclusive jurisdiction of the English courts and will be governed by English Law.

All rights reserved. No part of this publication may be transmitted in any form or by any means electronic, mechanical, photocopying, recording or used in any information storage retrieval system without prior permission being obtained in writing from the LRF Group.

| ID | Name / Owner / Port | Tonnage | Class | Built / Builder | Type | Machinery |
|---|---|---|---|---|---|---|
| 8419312 4JFE 860761 | BAKHAR  Oil Industry Fleet Administration (Spetsializirovannoye Upravleniye Neftyanogo Morskogo Flota)  Baku    Azerbaijan | 997 299 707 | Class: (RS) | 1987-06 Rauma-Repola Oy — Savonlinna Yd No: 471  Loa 56.11  Br ex 11.21  Dght 3.650  Lbp 47.40  Br md 11.02  Dpth 4.81  Welded, 1 dk | Chemical Tanker Ice strengthened Liq: 495 Compartments: 5 Ta, ER | 2 oil engines with flexible couplings & reduction geared to sc. shafts driving 2 Directional propellers Total Power: 734kW(998hp)    10.5kn Zvezda    M401A-1 2 x Vee 4 Stroke 12 Cy. 180 x 200 each-367kW(499bhp) "Zvezda" -Leningrad AuxGen: 2 x 200kW a.c. Thrusters: 2 Thwart. FP thrusters (a) |
| 7051163 4LFG C-00247 | BAKHT 1  ex Kalba Mistral -1997  ex Dona 1 -1992 ex Mona I -1990  ex Amina -1987 ex Amal -1985  ex Hokusen Maru -1980 Al Ryadh General Trading Co Ltd  Batumi    Georgia | 1,034 698 1,958 | Class: (BV) (HR) (NK) | 1970-04 Nichiro Zosen K.K. — Hakodate Yd No: 290  Loa 72.07 (BB) Br ex 11.03 Dght 5.022 Lbp 65.99  Br md 11.00  Dpth 5.59 Welded, 1 dk | Oil Tanker Liq(Oil): 2,736 Compartments: 10 Ta, ER | 2 oil engines geared to sc. shaft driving 1 FP propeller Total Power: 1,472kW(2,000hp)    12.5kn Niigata    6MG25AX 2 x 4 Stroke 6 Cy. 250 x 320  each-735kW(1,000bhp) Niigata Eng. Co. Ltd. -Niigata AuxGen: 2 x 40kW 225V a.c. Fuel: 89.5 7.0pd |
| 8857409 UESW 773826 | BAKHTEMIR  Joint-Stock Volga Shipping Co (OAO Sudokhodnaya Kompaniya 'Volzhskoye Parokhodstvo')  Sankt-Peterburg    Russia | 1,522 804 1,755 | Class: RS | 1978-05 VEB Elbewerften Boizenburg/Rosslau — Rosslau Yd No: 340 Loa 82.00  Br ex 11.93  Dght 3.340 Lbp 78.10  Br md    Dpth 4.00 Welded, 1 dk | General Cargo Ship Grain: 1,940 TEU 80 C. 80/20' incl. 10 ref C. Compartments: 2 Ho, ER 2 Ha: 2(19.8 x 9.2) ER | 2 oil engines driving 2 FP propellers Total Power: 882kW(1,200hp)    8.5kn S.K.L.    8VDS36/24A-1 2 x 4 Stroke 8 Cy. 240 x 360  each-441kW(600bhp) (new engine 1984) VEB Schwermaschinenbau "Karl Liebknecht" (SKL)-Magdeburg AuxGen: 2 x 100kW a.c., 1 x 25kW a.c. Fuel: 93.0(d.o.) |
| 8834532 842371 | BAKHTEMIR  North-Caspian Shipping Co (Severo-Kaspiyskoye Morskoye Parokhodstvo)  Astrakhan    Russia | 741 169 281 | Class: RS | 1965 VEB Rosslauer Schiffswerft — Rosslau Yd No: 2927  Loa 61.08  Br ex 10.82  Dght 2.740 Lbp 58.48  Br md  -   Dpth 4.50 Welded, 1 dk | Bucket Dredger | 4 diesel electric oil engines driving 4 gen. each 221kW connected to 2 elec.motors each 476shp (350kW) driving 2 FP propellers Total Power: 884kW(1,200hp)    7.9kn S.K.L.    6NVD36 4 x 4 Stroke 6 Cy. 240 x 360  each-221kW(300bhp) VEB Schwermaschinenbau "Karl Liebknecht" (SKL)-Magdeburg AuxGen: 1 x 57kW Fuel: 94.0(d.o.) |
| 8723323 860521 | BAKHTEMIRSKIY  Derzhara Shipping Co Ltd (A/O 'Derzhava-Shipping')  Astrakhan    Russia | 2,399 719 911 | Class: RS | 1989-02 Sudostroitelnyy Zavod "Baltiya" — Klaypeda Yd No: 529  Loa 85.12  Br ex 13.04  Dght 3.901 Lbp 76.82  Br md  -   Dpth 6.51 Welded, 1 dk | Fishing Vessel Suction Ref Ice strengthened Ins.: 1,245 | 1 oil engine driving 1 FP propeller Total Power: 852kW(1.158hp)    11.3kn S.K.L.    8NVD48A-2U 1 x 4 Stroke 8 Cy. 320 x 480 VEB Schwermaschinenbau "Karl Liebknecht" (SKL)-Magdeburg AuxGen: 2 x 320kW a.c., 1 x 150kW a.c. |
| 8409006 | BAKI  ex Akademik Nalivkin -1995 Kaspmorneftegeofizrazvedka Trust (Caspian Oil Geophysical Research Trust) | 3,256 977 1,328 | Class: RS | 1988-02 Stocznia Szczecinska im. A. Warskiego — Szczecin Yd No: B93/06  Loa 81.85  Br ex 14.83  Dght 5.001 Lbp 74.98  Br md 14.81  Dpth 7.50 Welded, 1 dk | Research Vessel Geophysical | 1 oil engine with flexible couplings & sr geared to sc. shaft driving 1 CP propeller Total Power: 3,200kW(4 350hp)    14.5kn Sulzer    6ZL40/48 1 x 4 Stroke 6 Cy. 400 x 480 Zaklady Urzadzen Technicznych "Zgoda" S.A.-Swietochlowice AuxGen: 1 x 1,200kW a.c., 2 x 504kW a.c. Thrusters: 1 Thwart. CP thruster (f) Fuel: 534.0(d.o.) |
| 7044641 UFR 803013 | BAKI  ex Donets -1993 Bakrybkholodflot  Baku    Azerbaijan  MMSI: 423087100 | 1,361 473 527 | Class: (RS) | 1970 Gorokhovetskiy Sudostroitelnyy Zavod — Gorokhovets Yd No: 203  Loa 72.07  Br ex 11.03  Dght 3.541 Lbp 64.80  Br md 10.83  Dpth 5.72 Welded, | Fish Carrier Ref Ice strengthened Ins.: 677 Compartments: 2 Ho, ER 2 Ha: 2(2.3 x 2.3) Derricks: 4x3t; Winches: 4 | 1 oil engine driving 1 FP propeller Total Power: 736kW(1,001hp)    12.3kn S.K.L.    8NVD48A-2U 1 x 4 Stroke 8 Cy. 320 x 480 VEB Schwermaschinenbau "Karl Liebknecht" (SKL)-Magdeburg AuxGen: 2 x 300kW a.c , 1 x 50kW a.c. Fuel: 122.0(d.o.) |
| 8705981 TCCX7 | BAKI AKAR  ex Mountain Lady -2004 ex Gyda Challenger -1993 ex Wind Challenger -1992 ex Petrobulk Raider -1989 Akar Deniz Tasimaciligi ve Ticaret Ltd Sirketi  Istanbul    Turkey | 18,023 10,098 29,998 T/cm 38.0 | Class: NV (NK) | 1987-12 Minami-Nippon Zosen K.K. — Usuki Yd No: 601  Loa 167.00 (BB) Br ex 27.43  Dght 10.262 Lbp 158.00   Br md 27.40  Dpth 15.55 Welded, 1 dk | Products Tanker Single Hull CBT IGS Liq(Oil): 44.392 Cargo Heating Coils Compartments: 4 Ta, ER, 8 wing Ta 4 Cargo Pumps: 4x750t/hr Manifold: Bow/CM: 86m | 1 oil engine driving 1 FP propeller Total Power: 6,664kW(9,060hp)    14.3kn B&W    6S50MC 1 x 2 Stroke 6 Cy. 500 x 1,910 Mitsui Eng. & SB. Co. Ltd. -Tamano AuxGen: 3 x 343kW 450V 60Hz Fuel: 153.6(d.o.) 1637.0(hvf) 24.4pd |
| 8572875 872659 | BAKINSKAYA-1  Kaspmorput  -  Baku    Azerbaijan | 589 154 870 | Class: (RS) | 1968 Rizhskiy Sudoremontnyy Zavod — Riga Yd No: 363  Loa 55.00  Br ex 10.40  Dght 3.580 Lbp 53.30  Br md  -   Dpth 4.32 Welded, 1 dk | Hopper Bottom-doors Ice strengthened Hopper: 500 Compartments: 1 Ho, ER 1 Ha: ER | 2 oil engines driving 2 FP propellers Total Power: 442kW(600hp)    8.0kn Pervomaysk    6CH25/34-2 2 x 4 Stroke 6 Cy. 250 x 340  each-221kW(300bhp) Pervomaydizelmash (PDM) -Pervomaysk AuxGen: 2 x 88kW a.c. Fuel: 64.0(d.o.) |
| 8572899 872253 | BAKINSKAYA-3  Kaspmorput  -  Baku    Azerbaijan | 627 175 888 | Class: RS | 1978 Santierul Naval Drobeta-Turnu Severin S.A. — Drobeta-Turnu S. Yd No: 1022  Loa 55.55  Br ex 10.42  Dght 3.600 Lbp 52.48  Br md  -   Dpth 4.30 Welded, 1 dk | Hopper Bottom-doors Ice strengthened Hopper: 383 Compartments: 1 Ho, ER 1 Ha: ER | 2 oil engines driving 2 FP propellers Total Power: 442kW(600hp)    8.8kn Pervomaysk    6CH25/34-2 2 x 4 Stroke 6 Cy. 250 x 340  each-221kW(300bhp) Pervomaydizelmash (PDM) -Pervomaysk AuxGen: 2 x 64kW a.c. Fuel: 67.0(d.o.) |
| 8572904 772518 | BAKINSKAYA-4  Kaspmorput  -  Baku    Azerbaijan | 627 175 888 | Class: (RS) | 1978 Santierul Naval Drobeta-Turnu Severin S.A. — Drobeta-Turnu S. Yd No: 1025  Loa 55.55  Br ex 10.42  Dght 3.600 Lbp 52.48  Br md  -   Dpth 4.30 Welded, 1 dk | Hopper Bottom-doors Ice strengthened Hopper: 383 Compartments: 1 Ho, ER 1 Ha: ER | 2 oil engines driving 2 FP propellers Total Power: 442kW(600hp)    8.8kn Pervomaysk    6CH25/34-2 2 x 4 Stroke 6 Cy. 250 x 340  each-221kW(300bhp) Pervomaydizelmash (PDM) -Pervomaysk AuxGen: 2 x 64kW a.c. Fuel: 67.0(d.o.) |
| 8587583 782295 | BAKINSKAYA-5  Kaspmorput  -  Baku    Azerbaijan | 627 175 888 | Class: RS | 1979 Santierul Naval Drobeta-Turnu Severin S.A. — Drobeta-Turnu S. Yd No: 1030  Loa 55.55  Br ex 10.42  Dght 3.600 Lbp 52.48  Br md  -   Dpth 4.30 Welded, 1 dk | Hopper Bottom-doors Ice strengthened Hopper: 383 Compartments: 1 Ho, ER 1 Ha: ER | 2 oil engines driving 2 FP propellers Total Power: 442kW(600hp)    8.8kn Pervomaysk    6CH25/34-2 2 x 4 Stroke 6 Cy. 250 x 340  each-221kW(300bhp) Pervomaydizelmash (PDM) -Pervomaysk AuxGen: 2 x 64kW a.c Fuel: 67.0(d.o.) |

© Lloyd's Register - Fairplay 2005