# EXHIBIT B

VOL. 1 - 1
JAMES SINATRA



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-11077-NG

------------------------------------------
                                          )
JAMES SINATRA,                            )
        Plaintiff,                        )
                                          )
        vs.                               )
                                          )
BOSTON TOWNING AND TRANSPORTATION CO.,    )
Owner of TUG ETHEL TIBBETTS, and          )
CYPRESS POINT SHIPPING, LTD.,             )
Owner of TANKER MOUNTAIN LADY,            )
        Defendants.                       )
                                          )
------------------------------------------

DEPOSITION OF JAMES SINATRA, taken on

behalf of the Defendant, pursuant to the applicable

provisions of the Massachusetts Rules of Civil

Procedure, before June N. Poirier, Shorthand Reporter

and Notary Public within and for the Commonwealth of

Massachusetts, at the offices of Clinton & Muzyka,

One Washington Mall, Boston, Massachusetts,

on Monday, February 6, 2006, commencing at 10:10 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street
Boston, Massachusetts 02109
(617) 742-6900

APPEARANCES:

MATTHEW H. SNELL, ESQ.
The Kaplan/Bond Group
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
     Represents James Sinatra

GINO A. ZONGHETTI, ESQ.
Kenny, Stearns & Zonghetti
26 Broadway
New York, NY 10004-1882
T(212) 422-6111
F(212) 422-6544
     Represents Boston Towing and Transportation Co.

BRANDON L. BIGELOW, ESQ.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8305
     Represents Cypress Point Shipping, Ltd.


     ALSO IN APPEARANCE:

ALBERT J. REINHAUER

VOL. 1 - 128
JAMES SINATRA

1    A.  I remember when I fell I hit my back.

2    Q.  I'm not asking about that.  Focus on my

3        questions.  At any point in time did you

4        straddle either the top or bottom rail?

5    A.  I'm confused what "straddle" means.

6    Q.  You don't know what that word means?

7    A.  No, I don't at this moment.

8    Q.  If you were sitting on a horse -- do you have

9        that concept? -- you'd be straddling a horse.

10       Do you understand that?

11   A.  Correct.

12   Q.  You'd have one leg on one side and one leg on

13       the other side.  Do you understand that?

14   A.  Yes.

15   Q.  At any point in time were you straddling the

16       rail on the ship?

17   A.  I remember grabbing the rail.  I don't remember

18       exactly straddling it 100 percent.  We're

19       talking about something 37, -8 months ago.

20   Q.  Whatever time it is, you were here for this case

21       and you decided to sue?

22   A.  Correct.

23   Q.  You want to go into court and not be able to say

24       what happened; is that your goal?

VOL. 1 - 129
JAMES SINATRA

1   A.  I went up the ladder.

2   Q.  The question is, did you straddle the railing at

3       any point in time?

4   A.  I don't know which part of the rail.  I don't

5       know if it was top or bottom.

6   Q.  Forgot being the top, bottom.  Any rail, did you

7       straddle it?

8   A.  I want to say yes but I don't remember what

9       happened that day today.

10  Q.  You just don't remember what happened that day?

11  A.  I'm not 100 percent whether I straddled the top

12      rail or the bottom rail.

13  Q.  I'm not asking what rail.  Did you straddle a

14      rail?

15  A.  I believe straddling the rail is correct.

16  Q.  Now you believe you straddled one of the rails?

17  A.  I just don't know which one.

18  Q.  You had one of your legs over on one side of the

19      rail and the other leg was on the other?

20  A.  That's what I first said intentionally, yes.

21  Q.  What one was over, your right leg or left leg?

22  A.  I want to say my right because that's how I

23      usually do things.

24  Q.  Your best belief was it was your right leg was

Case 1:04-cv-11077-NG    Document 44-3    Filed 07/10/2006    Page 6 of 7

VOL. 1 - 139
JAMES SINATRA

1    A.   He kept asking me, Are you okay?  Are you okay?

2    Q.   He was concerned?

3    A.   Yes, he was.

4    Q.   Did your back hurt?

5    A.   Yes.

6    Q.   How would you describe the pain?  What did your

7         pain feel like?

8    A.   Like a knife going up my back.

9    Q.   Pretty severe?

10   A.   Yes.

11   Q.   Four to six hours?

12   A.   Yes.

13   Q.   The whole time he worked?

14   A.   Yes.

15   Q.   Did you go to the ship's medical officer and ask

16        for aspirin or anything like that?

17   A.   No.  Ninety percent of the people I saw that day

18        didn't speak English.

19   Q.   Did you ask around, Do you guys have a medicine

20        cabinet?

21   A.   I was in a basic state of shock.

22   Q.   You were in shock and --

23   A.   It was scary; almost falling in the ocean.

24   Q.   Did you think, This job is not for me?

DUNN & GOUDREAU

JAMES SINATRA

1        stated.

2    Q.   We're now closer.

3    A.   I believe this was for a drug test and they

4         couldn't take me.  I don't remember, though.

5    Q.   You were then asked questions you circled

6         answers to; right?

7    A.   Yep.

8    Q.   Part of the questions you were asked on that day

9         was do you currently have any of the following

10        musculoskeletal problems, and you were asked

11        about back pain; do you see that?

12   A.   I see that.

13   Q.   And you answered no?

14   A.   If that's my handwriting, that's correct.

15   Q.   This was the day after your supposed accident?

16   A.   Right.

17   Q.   When you were supposedly having severe back

18        pain; right?

19   A.   Right.

20   Q.   You were asked do you have any difficulty

21        pulling, moving your arms or legs and you said

22        no?

23   A.   That's correct; I see that.

24   Q.   Do you have pain or stiffness when you lean