# EXHIBIT C

**Bigelow, Brandon L.**

| | |
|---|---|
| **From:** | John Bromley [JBromley@KaplanBond.com] |
| **Sent:** | Friday, April 07, 2006 1:36 PM |
| **To:** | Bigelow, Brandon L. |
| **Subject:** | RE: Request to Inspect TANKER MOUNTAIN LADY |

Dear Mr. Bigelow:

Insofar as the request we have made to inspect and photograph the TANKER, and in light of the TANKER's Det Norske Veritas Ownership History showing an ownership change in 2004 from the *Liberian* TANKER MOUNTAIN LADY to the *Turkish* TANKER BAKI AKAR, I am willing to go to the TANKER alone, wherever that may be, so long as your client is willing to cover the travel expense. Upon my return I would make all "work product" available to both defendants.

Of course, if we are able to settle the matter, the inspection becomes moot.

Sincerely,
John J. Bromley
Law Clerk
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
P: (800) 864-0051
F: (617) 261-1558