# CLINTON & MUZYKA, P.C.

ATTORNEYS AT LAW

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MASSACHUSETTS 02108

FILED
IN CLERKS OFFICE

2006 JUN 28 P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
   Of Counsel

*Also admitted in RI
**Also admitted in NH

June 27, 2006

TELEPHONE
(617) 723-9165

FACSIMILE
(617) 720-3489

E-MAIL:
c&m@clinmuzyka.com

U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Attention:    Ms. Maryellen Molloy
              Courtroom Clerk

Re:   JAMES SINATRA vs. BOSTON TOWING
      & TRANSPORTATION and CYPRESS
      POINT SHIPPING
      Civil Action No: 04-11077-NG

Dear Ms. Molloy:

We would greatly appreciate your assistance in the above-matter. On May 12, 2005, Boston Towing & Transportation filed its Motion for Access to Plaintiff's Criminal Offender Records Information (CORI). The U.S. District Court granted the motion on August 30, 2005. However, the Order attached to the motion (Exhibit "A") was not executed. We would appreciate your assistance by requesting Honorable Judge Gertner to execute the Order, which is attached hereto for your convenience.[1]

If you have any questions concerning the above, please do not hesitate to contact the undersigned. Thank you for your cooperation.

---

[1] We have changed the date of the Order.

2

Very truly yours,

*Kenneth Chiarello*
Kenneth M. Chiarello

Enclosure.

Cc:   David Kaplan, Esq.
      THE KAPLAN/BOND GROUP
      88 Black Falcon Avenue
      Suite 301
      Boston, MA  02210

      Gino Zonghetti, Esq.
      KENNY, STEARNS & ZONGHETTI
      26 Broadway
      New York, NY  10004-1882

      Brandon Bigelow, Esq.
      BINGHAM McCUTCHEN, LLP
      150 Federal Street
      Boston, MA  02110-1726