UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA,<br>    Plaintiff, | CIVIL ACTION<br>NO: 04-11077-NG |
| vs. | |
| BOSTON TOWING & TRANSPORTATION CO., Owner of the TUG ETHEL TIBBETTS,<br>    Defendant. | |

ORDER

I Order the Executive Office of Public Safety Criminal History Records Systems Board for the Commonwealth of Massachusetts to provide Criminal Offender Record Information (CORI) to the defendant's counsel for James Sinatra (Social Security No: 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 & Date of Birth: December 18, 1961).

_____
U.S DISTRICT COURT
JUDGE NANCY GERTNER

Dated: June __, 2006