UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SINATRA,<br><br>   Plaintiff,<br><br> v.<br><br>BOSTON TOWING & TRANSPORTATION CO. and<br>CYPRESS POINT SHIPPING, LTD.,<br><br>   Defendant. | CIVIL ACTION<br>NO. 04-cv-11077-NG |

### DEFENDANT CYPRESS POINT SHIPPING LTD.'S MOTION
### FOR LEAVE TO DESIGNATE REPRESENTATIVE TO ATTEND MEDIATION

  Pursuant to the Notice and Order dated June 29, 2006 issued in the above-captioned matter, defendant, Cypress Point Shipping, Ltd. ("Cypress"), respectfully seeks leave to designate a representative to attend the mediation hearing currently scheduled for July 20, 2006. As grounds for this motion, Cypress states as follows:

  1. The nearest person with binding authority, Nancy Jennings, a representative of Cypress's underwriter, the UK P&I Club, is located in New Jersey, and has professional obligations that prevent her from traveling to Boston on that day.

  2. Cypress has arranged for its attorney, Brandon L. Bigelow, to appear as its designated representative for Cypress during the mediation hearing. Ms. Jennings has arranged to be available by telephone so that Mr. Bigelow will have continuous access to a person with binding authority throughout the day.

LITDOCS/647509.1

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that counsel for Cypress conferred with counsel for all other parties on July 17, 2006 in an attempt in good faith to resolve or narrow the issues presented by this motion. Counsel for defendant, Boston Tow & Transportation Co., has assented to this motion, and counsel for plaintiff, James Sinatra, does not object to this motion.

> Respectfully submitted,
> **CYPRESS POINT SHIPPING, LTD.,**
> By its attorneys,
>
> _____
> Robert E. McDonnell, BBO #331470
> Brandon L. Bigelow, BBO #651143
> **BINGHAM MCCUTCHEN LLP**
> 150 Federal Street
> Boston, MA 02110-1726
> (617) 951-8000

Dated: July 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on counsel for each other party by facsimile and first class mail on July 17, 2006.

_____
Brandon L. Bigelow