**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  James Sinatra
          Plaintiff

V.

  Boston Tugboat Co., et al.
          Defendant

CIVIL ACTION
NO.   04-11077-NG

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Gertner

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]   On   07/20/2006   I held the following ADR proceeding:

    _____   SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
    ___X___   MEDIATION   _____ SUMMARY BENCH / JURY TRIAL
    _____   MINI-TRIAL   _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were not present in person, but by an authorized officer. [except_____].

The case was:

[x]   Settled. Your clerk should enter a  60  day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

    07/20/2006
    DATE

    Marianne B. Bowler, USMJ
    ADR Provider

(ADR Report (Sinatra).wpd - 4/12/2000)                                                          [adrrpt.]