UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
***************************************
JAMES SINATRA,                          *
     Plaintiff.                         *
                                        *
v.                                      *       Civil Action No. 04-11077 NG
                                        *
BOSTON TOWING AND                       *
TRANSPORTATION CO.,                     *
Owner of TUG ETHEL TIBBETTS, and        *
CYPRESS POINT SHIPPING, LTD.,           *
Owner of the TANKER MOUNTAIN LADY,      *
     Defendants.                        *
***************************************
```

## AFFIDAVIT OF JAMES SINATRA

I, James Sinatra, do on oath, hereby depose and state as follows:

1. On July 20, 2006 my claims against the above-entitled defendants were settled at mediation;

2. I understand that the following amounts will be subtracted from the gross settlement of $30,000.00:

    a. My attorney's fee of $10,000.00;

    b. My litigation expenses of $7,975.65; and

    c. The $6,000.00 that Liberty Mutual has agreed to take in full satisfaction of my Worker's Compensation lien.

3. I understand that after the above attorney fee, litigation expenses and lien are subtracted I will be receiving $6,024.35;

4. I understand that if the court approves this settlement I am giving up my right to a trial by jury and understand that even if my injuries are more serious than what I currently anticipate, I cannot re-open this case;

5. I am not under the influence of any medication and have read the attached petition carefully and fully understand it;

6. No one has made any promises or representations to me as an inducement to settle this case separate and apart from what is contained in the petition; and

7. I currently reside at 45353 St. George's Avenue, Piney Point, Maryland where I am nearing completion of training for a new job as a seaman. Immediately thereafter I will be going to sea. As such, it would be a great hardship for me to appear in this court for a hearing in this matter.

Signed under pains and penalties of perjury this 6th day of August 2006.

     /s/ James Sinatra_____
James Sinatra